UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| YETI Coolers, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Polar Pad LLC, d/b/a Polar Drifter, d/b/a Polar Pad, and Veterinary Internet Company, LLC, d/b/a VetInternetCo,<br><br>    Defendants. | Case No. 1:16-CV-677-RP<br><br>Jury Trial Demanded |

**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT POLAR PAD, LLC, WITHOUT PREJUDICE, PURSUANT TO FED. R. CIV. P. 21**

The Stipulated Motion to Dismiss Polar Pad, LLC pursuant to Fed. R. Civ. P. 21 is **GRANTED.**

**IT IS THEREFORE ORDERED** that Polar Pad, LLC is dismissed from this action without prejudice to YETI's right to reinstate its claims against Polar Pad, LLC or bring another action against Polar Pad, LLC, with each party to bear its own costs, expenses, and attorneys' fees for the dismissed claims.

**IT IS FURTHER ORDERED** that Defendant Polar Pad, LLC's Motion to Dismiss (ECF No. 12) is hereby **DENIED** as moot.

SIGNED this the 15 day of September, 2016.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

4